DECIDED JULY 16, 2015 —
RECONSIDERATION DENIED JULY 31, 2015 

*Buck Law Firm, Robert C. Buck, Juliana Y. Sleeper,* for appellant.

*Schiff Hardin, Leah Ward Sears; Demahy, Labrador, Drake, Victor & Cabeza, Michael J. Crist; Hawkins, Parnell, Thackston & Young, E. Elaine Shofner, Elisabeth M. Cheatham,* for appellees.

A13A0912. CITY OF ATLANTA et al. v. MITCHAM.
(776 SE2d 303)

PHIPPS, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *City of Atlanta v. Mitcham,* 296 Ga. 576 (769 SE2d 320) (2015), our decision in *City of Atlanta v. Mitcham,* 325 Ga. App. 481 (751 SE2d 598) (2013) is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Ellington, P. J., and Branch, J., concur.*

DECIDED AUGUST 5, 2015.

*Laura S. Burton, Jin Tae Kim,* for appellant.
*McAleer Law Firm, Shaun R. Cade,* for appellee.

A13A0455. GEORGIA-PACIFIC CONSUMER PRODUCTS, LP
v. RATNER et al.
(776 SE2d 312)

ELLINGTON, Presiding Judge.

In *Georgia-Pacific Consumer Products, LP v. Ratner,* 295 Ga. 524 (762 SE2d 419) (2014), the Supreme Court of Georgia reversed this

Court's decision in *Georgia-Pacific Consumer Products, LP v. Ratner*, 323 Ga. App. 203 (746 SE2d 829) (2013), in which we affirmed the trial court's order certifying the class in this suit alleging damages from the release of hydrogen sulfide gas from the defendant's sludge fields, finding no abuse of discretion. Accordingly, our prior decision is vacated, the opinion of the Supreme Court is made the opinion of this Court, and the order of the trial court is hereby reversed.

*Judgment reversed. Andrews, P. J., Barnes, P. J., Phipps, P. J., Miller, Ray, and Branch, JJ., concur.*

DECIDED AUGUST 6, 2015.

*Ellis, Painter, Ratterree & Adams, Tracy Ann O'Connell; Hull Barrett, David E. Hudson,* for appellant.
*Bell & Brigham, John C. Bell, Jr.; Oliver Maner, Benjamin M. Perkins, Timothy D. Roberts,* for appellees.
*Troutman Sanders, William M. Droze,* amicus curiae.